Walter O'Cheskey
Standing Chapter 13 Trustee
6308 Iola Avenue
Lubbock, TX 79424
(806)748-1980 Office
(806)748-1956

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NOTHERN DISTRICT OF TEXAS
### ABILENE DIVISION

IN RE:  
ROBERT BLAIN THAYER  
CHERYL LOUISE THAYER  
DEBTOR(S)

CASE NO. 12-10047 - RLJ -13

Hearing Date:  5/2/2012  
Hearing Time:  11:00 AM

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW WALTER O'CHESKEY, Standing Chapter 13 Trustee (hereinafter referred to as Trustee), and files this Objection to Confirmation in opposition to confirmation of Debtors' Chapter 13 Plan and Motion for Valuation filed herein by the above debtor(s), and would respectfully show the Bankruptcy court:

1. Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on 2/14/2012.

2. Debtor(s) are above median income per 11 U.S.C. Sec. 1325 (b)(4).

3. Trustee alleges the expenses in Schedule J are excessive in a less than 100% Plan. Trustee alleges the excessive expenses lower the available monthly disposable income at the expense of the unsecured creditor class.

4. Trustee alleges a $150.00 step payment is need to begin the month following completion of the $150 Aarons loan.

5. Trustee is unable to verify all available monthly disposable income is being committed to the Plan and objects to confirmation in accordance with 11 U.S.C. 1325 (b)(1)(B).

WHEREFORE, the Trustee prays that the Bankruptcy Court deny Confirmation of the Debtor(s) Chapter 13 Plan and Motion for Valuation and for such other relief to which this bankruptcy estate may be justly entitled.

Date:  4/24/2012

Respectfully submitted,  
/s/ Walter O'Cheskey  
6308 Iola Avenue  
Lubbock, TX 79424

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Trustee's Objection to Confirmation was this date served on the following parties at the addresses listed below by electronic service or by U.S. First Class Mail:

| | |
|---|---|
| Debtor(s) Attorney<br>MONTE J WHITE & ASSOCIATES PC<br>ATTORNEY AT LAW ABILENE<br>402 CYPRESS SUITE 310<br>ABILENE    TX   79601-0000 | Debtor(s)<br>ROBERT BLAIN THAYER<br>CHERYL LOUISE THAYER<br>PO BOX 32<br><br>RANGER    TX   76470 |

Date: 4/24/2012

/s/ Walter O'Cheskey
Office of the Standing Trustee

ROBERT BLAIN THAYER
CHERYL LOUISE THAYER
PO BOX 32
RANGER    TX   76470