Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

ROBERT BLAIN THAYER
CHERYL LOUISE THAYER

CASE NO: 12-10047-RLJ-13
HEARING DATE:  11/28/2012
HEARING TIME:  11:00 AM

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 012 0 U | APPLIED CARD BANK | $2,243.00 | 017 0 U | CITIFINANCIAL | $7,183.00 |
| 018 0 U | OCWEN LOAN SERVICING LLC | $24,818.00 | 020 0 U | CREDIT COLLECTIONS I | $523.00 |
| 029 0 U | NATIONSTAR MORTGAGE | $1.00 | 030 0 U | SECOND ROUND LP | $227.00 |
| 032 0 U | WEST CENTRAL TEXAS COLLECTION BUREAU | $96.00 | | | |

### II.
### SPECIFIC OBJECTIONS

No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 | FRONTIER MOTOR CO | 2002 CHEVY TAHOE | $7,071.52 | $9,025.00 | 6.50% | 44 | $202.10 PAID BY TRUSTE |
| 009 0 * | FRONTIER MOTOR CO | 2000 HONDA CRV | $11,179.57 | $11,439.00 | 6.50% | 44 | $320.89 PAID BY TRUSTE |
| 010 0 | OCWEN LOAN SERVICING LLC | DIRECT PMTS BEIGN 3-2012 /CITY NTL BK | $32,203.82 | $41,550.00 | | | PD DIRECT BY DEBTOR |
| 011 0 | EASTLAND COUNTY APPR. DIST. | 2012 PROPERTY TAXES | $0.00 | $41,550.00 | | | PD DIRECT BY DEBTOR |
| 053 0 * | OCWEN LOAN SERVICING LLC | ARREARS THRU 2-2012 | $1,383.82 | $41,550.00 | 5.81% | 60 | $32.27 PAID BY TRUSTEI |
| | Not provided for in confirmed plan.  See Trustee's Modification below. | | | | | | |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 013 0 U | ASSET ACCEPTANCE LLC<br>*SERVICES/FIRST PREMIER BANK* | $676.35 | 014 0 U | CAVALRY PORTFOLIO SERVICE LLC<br>*SERVICES* | $8,125.48 |
| 015 0 U | CAPITAL ONE BANK USA<br>*PURCHASES/CAPITAL ONE* | $2,005.67 | 016 0 U | PRA RECEIVABLES MANAGEMENT<br>*PURCHASES/HOME DEPOT* | $1,038.19 |
| 019 0 U | MIDLAND CREDIT MANAGEMENT<br>*PURCHASES* | $628.91 | 021 0 U | PREMIER BANKCARD /CHARTER<br>*PURCHASES* | $509.90 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 022 0 U | GE CAPITAL RETAIL BANK | $600.54 | | 023 0 U | PRA RECEIVABLES MANAGEMENT | $276.71 |
| | *PURCHASES/CHEVRON GE CAPITAL* | | | | *PURCHASES/JC PENNEY* | |
| 025 0 U | MIDLAND CREDIT MANAGEMENT | $661.03 | | 026 0 U | QUANTUM3 GROUP LLC | $227.34 |
| | *PURCHASES/HSBC NEVADA* | | | | *LOAN/LACKS STORE* | |
| 028 0 U | MIDLAND CREDIT MANAGEMENT | $784.61 | | 031 0 U | TARGET NATIONAL BANK | $213.08 |
| | *SERVICES* | | | | *PURCHASES* | |
| 038 0 U * | TARGET NATIONAL BANK | $213.12 | | 049 0 U * | ASSET ACCEPTANCE LLC | $716.75 |
| | *PURCHASES* | | | | *LOAN/FCNB SPIEGEL* | |
| | *Not provided for in confirmed plan.* | | | | *Not provided for in confirmed plan.* | |
| 050 0 U * | RADIOLOGY ASSOCIATES/RMA | $96.00 | | 051 0 U * | CLINICAL PATHOLOGY ASSOCIATES | $55.00 |
| | *MEDICAL SERVICES* | | | | *MEDICAL SERVICES* | |
| | *Not provided for in confirmed plan.* | | | | *Not provided for in confirmed plan.* | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

The $1,383.82 arrears portion of Ocwen's $33,587.64 fully secured mortgage claim shall be paid 5.81% interest over 60 months with a monthly payment of $32.27.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

NOTICE OF HEARING AND PRE-HEARING CONFERENCE

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 11/28/2012 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO: US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

| Date: | 10/17/2012 | /s/ Walter O'Cheskey |
|---|---|---|
| | | _____ |
| | | Walter O'Cheskey |
| | | Chapter 13 Trustee |

AARONS SALES & LEASE 2102 N 1ST STREET  ABILENE TX 79603
APPLIED CARD BANK ATTN  GENERAL INQUIRIES PO BOX 17125 WILMINGTON DE 19850
ASSET ACCEPTANCE LLC PO BOX 2036  WARREN MI 48090
CALVARY PORTFOLIO SERVICES 500 SUMMIT LAKE DR  VALHALLA NY 10595
CAPITAL ONE BANK USA BY AMERICAN INFOSOURCE LP PO BOX 71083 CHARLOTTE NC 28272
CAPITAL ONE PO BOX 30285  SALT LAKE CITY UT 84130
CAVALRY PORTFOLIO SERVICE LLC 500 SUMMIT LAKE DRIVE SUITE 400 VALHALLA NY 10595
CITIBANK USA ATTN: CENTRALIZED BANKRUPTCY PO BOX 20363 KANSAS CITY MO 64195
CITIFINANCIAL PO BOX 222178  CHARLOTTE NC 28222
CLINICAL PATHOLOGY ASSOCIATES C/O WEST CENTRAL TEXAS COLLECTION BUREAU PO BOX 2586 ABILENE TX 79601
CPU/CITI CENTRALIZED BANKRUPTCY PO BOX 20363 KANSAS CITY MO 64195
CREDIT COLLECTIONS I 2601 NW EXPRESSWAY STE 1000E  OKLAHOMA CITY OK 73112
EASTLAND COUNTY APPR. DIST. PO BOX 914  EASTLAND TX 76448
FIRST PREMIER BANK 601 S MINNESOTA AVE  SIOUX FALLS SD 57104
FRONTIER MOTOR CO 4601 N FIRST STREET  ABILENE TX 79603
FRONTIER MOTORS 4609 N FIRST  ABILENE TX 79603
GE CAPITAL RETAIL BANK C/O RECOVERY MGM SYS CORP 25 SE 2ND AVENUE  SUITE 1120 MIAMI FL 33131
GEMB CHEVRON ATTN: BANKRUPTCY PO BOX 103104 ROSWELL GA 30076
GEMB JCP ATTN BANKRUPTCY DEPT PO BOX 103104 ROSWELL GA 30076
HSBC PO BOX 35480  NEWARK NJ 07193
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JC PENNEY PO BOX 533  DALLAS TX 75221
LACKS FURNITURE 1600 NE LOOP 410 STE 112  SAN ANTONIO TX 78209
LACKS STORS INC ATTN  BANKRUPTCY LEGAL DEPARTMENT PO BOX 33158 SAN ANTONIO TX 78265
MACKIE WOLF ZIENTZ & MANN PC PACIFIC CENTER I SUITE 660 14180 N DALLAS PARKWAY DALLAS TX 75254
MIDLAND CREDIT MANAGEMENT 8875 AERO DRIVE SUITE 200  SAN DIEGO CA 92123
NATIONSTAR MORTGAGE 350 HIGHLAND DRIVE  LEWISVILLE TX 75067
OCWEN LOAN SERVICING LLC 1661 WORTHINGTON RD SUITE 100  WEST PALM BEACH FL 33409
OCWEN LOAN SERVICING LLC ATTN  BANKRUPTCY DEPARTMENT 1661 WORTHINGTON ROAD SUITE 100 WEST PALM BEACH FL 33409
OCWEN LOAN SERVICING LLC ATTN  CASHIERING DEPARTMENT PO BOX 24781 WEST PALM BEACH FL 33416
PRA RECEIVABLES MANAGEMENT PORTFOLIO REC ASSOC PO BOX 41067 NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO RECOVERY ASSOC PO BOX 12914 NORFOLK VA 23541
PREMIER BANKCARD /CHARTER PO BOX 2208  VACAVILLE CA 95696
QUANTUM3 GROUP LLC SECOND ROUND LLP PO BOX 788 KIRKLAND WA 98083
RADIOLOGY ASSOCIATES/RMA C/O W CENTRAL TX COLLECTION BUREAU PO BOX 2586 ABILENE TX 79601
ROBERT BLAIN THAYER & CHERYL LOUISE THAYER PO BOX 32  RANGER TX 76470
SECOND ROUND LP 4150 FRIEDRICH LN  SUITE I  AUSTIN TX 78744
TARGET CREDIT CARD-TC C/O FINANCIAL & RETAIL SVCS MAIL STOP BT PO BOX 9475 MINNEAPOLIS MN 55440
TARGET NATIONAL BANK C/O WEINSTEIN & RILEY PO BOX 3978 SEATTLE WA 98124
TARGET NATIONAL BANK C/O WEINSTEIN & RILEY PS 2001 WESTERN AVENUE STE 400 SEATTLE WA 98121
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WEST CENTRAL TEXAS COLLECTION BUREAU PO BOX 2586  ABILENE TX 79604