Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | | |
| Robert Blain Thayer | § | CASE NO. 12-10047-RLJ-13 |
| and | § | |
| Cheryl Louise Thayer | § | HEARING DATE: 2/5/2014 |
| DEBTOR(s) | § | HEARING TIME: 11:00 A.M. |

FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: 12/10/2013

   Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I.  HISTORY OF THE CASE

1.  Date Case Filed:  2/14/2012

2.  Date of Section 341 Meeting: 3/16/2012

3.  First Payment Date:  3/15/2012

4.  Date of Confirmation: 5/7/2012

5.  Total Plan Term Prior to this Modification: 60

6.  Number of Months from First Payment Date through month prior to estimated month of Modification Approval:   23

7.  Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 37

8.  Amount of Arrears through the month prior to the date the Modification is filed: none

9.  Date plan payments are to resume: 2/15/2014

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $14,132.00

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk:  $13,530.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: $958.00

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders:

TRCC 11/29/2012

II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

   X          DECREASE monthly payment from $780.00 per month to $463.00 per month
              (must coincide with resume date shown in item 9 above)

Any arrears indicated in item 8 above shall be cured by the following method: N/A

III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of $463.00 will resume on or before 1/15/2014 for 37 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $43,950.00 to $

If the base amount has changed complete the following:

1. Total Paid in as of the month prior
to Modification Approval:                                  $15,090.00

2. (+)Plus Total Payments to be made
through the Remainder of Plan:                             $17,131.00
(Making up any arrears in item 9 above)

3. (=) New Base Amount                                     $32,221.00

IV. TREATMENT OF UNSECURED CREDITORS

   Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2007-2. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

X The unsecured creditor pool remains $0.

V. SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

   ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO

| CT | S-Frontier Motors | 2002 Chevy Tahoe | $7,071.52 | $134.55 per month |
|----|-------------------|------------------|-----------|-------------------|
|    |                   |                  |           |                   |
| CT | S- Frontier Motors | 2001 Honda      | $11,179.57 | $213.63 per month |

Note:  Changes to any creditors above shall not be effective until the Modification is approved.

## VI.  ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee;

## VII.  REASON FOR MODIFICATION

This modification is requested for the following reason(s):  Debtors' income has significantly decreased. Debtors wish to modify to lower Chapter 13 plan payment.

## VIII.  BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

See Amended Schedules I & J on file with the Court.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Modification of Plan after Confirmation, Notice of Hearing and Pre-Hearing Conference has been served by me on 12/10/2013, on all parties on the attached matrix, by United States First Class Mail, proper postage affixed.

/s/Monte J. White
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 12-10047-rlj13<br>Northern District of Texas<br>Abilene<br>Tue Dec 10 11:07:56 CST 2013 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 |
| Applied Card Bank<br>Attention: General Inquiries<br>PO Box 17125<br>Wilmington, DE 19850-7125 | Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090-2036 | Asset Acceptance Llc<br>Attn: Bankruptcy<br>PO Box 2036<br>Warren, MI 48090-2036 |
| Calvary Portfolio Services<br>Attention:  Bankruptcy Department<br>500 Summit Lake Dr.<br>Valhalla, NY 10595-1340 | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank -USA, N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Cheryl Louise Thayer<br>700 Foch<br>Ranger, TX 76470-2214 | Cheryl Louise Thayer<br>P.O. Box 32<br>Ranger, TX 76470-0032 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Citifinancial , Inc.<br>P.O. Box 222178<br>Charlotte, NC 28222-2178 | City Ntl Bk-Ocwen Loan Service<br>Attn: Bankruptcy<br>1661 Worthington Rd. Suite 100<br>West Palm Beach, FL 33409-6493 | Clinical Pathology Associates<br>CO West Central Texas Collection Bureau<br>PO Box 2586<br>Abilene, TX 79604-2586 |
| Cpu-citi - Conoco Phillips Union<br>Attn:  Centralized Bankruptcy<br>PO Box 20363<br>Kansas City, MO 64195-0363 | Credit Collections I<br>2601 NW Expressway Suite 1000E<br>Oklahoma City, OK 73112-7238 | Eastland County Appraisal District<br>P.O. Box 914<br>Eastland, TX 76448-0914 |
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | Frontier Motor Co.<br>4601 N. First Street<br>Abilene, TX 79603-6540 | Frontier Motors<br>4609 N First<br>Abilene, TX 79603-6540 |
| GE Capital Retail Bank<br>CO Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Gemb-JC Penny<br>Attention:  Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | Gemb-chevron<br>Attention: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 |
| Hsbc<br>PO Box 35480<br>Newark, NJ 07193-5480 | Internal Revenue Service<br>1100 Commerce<br>MC 5029 DAL<br>Dallas, TX 75242-1100 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding LLC<br>CO Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lacks Furniture<br>1600 NE Loop 410 Suite 112<br>San Antonio, TX 78209-1612 |

| | | |
|---|---|---|
| Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | Midland Credit Mgmt In<br>8875 Aero Dr<br>San Diego, CA 92123-2255 | Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 |
| National Capital Management, LLC<br>agent for GE Capital Retail Bank<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741 | Nationstar Mortgage Ll<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville, TX 75067-4177 | Ocwen Loan Servcing, LLC<br>1661 Worthington Rd., Ste. 100<br>West Palm Beach, FL 33409-6493 |
| Ocwen Loan Servicing, L.L.C.<br>Attn: Bankruptcy Dept.<br>1661 Worthington Rd. Ste. 100<br>West Palm Beach, FL 33409-6493 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard-Charter<br>P.O. Box 2208<br>Vacaville, CA 95696-8208 |
| Quantum3 Group LLC as agent for<br>Second Round LP<br>PO Box 788<br>Kirkland, WA  98083-0788 | Radiology Associates - RMA<br>CO West Central Texas Collection Bureau<br>PO Box 2586<br>Abilene, TX 79604-2586 | Recovery Management Systems Corporation<br>25 SE 2nd Ave. Ste. 1120<br>Miami, FL 33131-1605 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Robert Blain Thayer<br>700 Foch<br>Ranger, TX 76470-2214 | Robert Blain Thayer<br>P.O. Box 32<br>Ranger, TX 76470-0032 |
| Second Round Lp<br>4150 Friedrich Lane Suit<br>Austin, TX 78744-1052 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target Credit Card -TC<br>CO Financial & Retail Services<br>Mailstop BT  P.O. Box 9475<br>Minneapolis, MN 55440-9475 |
| The Bank of New York Mellon<br>CO Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409-6493 | Wctxcoll<br>Po Box 2586<br>Abilene, TX 79604-2586 | eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 |
| Cheryl Louise Thayer<br>P.O. Box 1325<br>Eastland, TX 76448-1325 | Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 | Robert Blain Thayer<br>P.O. Box 1325<br>Eastland, TX 76448-1325 |
| Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Citibank Usa Home Depo                  Internal Revenue Service         Portfolio Recovery Associates, LLC
CITICORP CREDIT SERVICES-ATTN: CENTRALIZ PO Box 21126                    CO Jc Penney
PO Box 20363                             Philadelphia, PA 19114          POB 41067
Kansas City, MO 64195                                                   Norfolk VA 23541


(d)Portfolio Recovery Associates, LLC
CO The Home Depot
POB 41067
Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Ocwen Loan Servicing, L.L.C.          End of Label Matrix
Attn: Bankruptcy Dept.                   Mailable recipients    54
1661 Worthington Rd. Ste. 100            Bypassed recipients     1
West Palm Beach, FL 33409-6493           Total                  55
```