Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
legal@montejwhite.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: | § CASE NO.  12-10047-RLJ-13 |
| | § |
| Robert Blain Thayer | § |
| and | § JUDGE ROBERT L. JONES |
| Cheryl Louise Thayer | § |
| | § HEARING DATE: 2/5/2014 |
| DEBTORS | § HEARING TIME: 11:00 A.M. |

NOTICE OF HEARING, PRE-HEARING CONFERENCE
AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

NOTICE OF HEARING

On 2/5/2014, which is at least twenty-eight (28) days from the date of service hereof, at 11:00 o'clock A.M., a HEARING on the above and foregoing "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge in Room 2201, U.S. Courthouse, 3rd AND PINE STREET, ABILENE, Texas, 79604. Creditors are not required to attend unless they have objections to the Modification.

NOTICE OF PRE-HEARING CONFERENCE

A PRE-HEARING CONFERENCE will be held by the Trustee at 8:30 A.M. prior to the above hearing time at the following location. 3rd AND PINE STREET, ABILENE, Texas, 79604. Hearings on Motions to Modify Plans with objections not resolved at the PRE-HEARING CONFERENCE will be heard by the Court at the scheduled Hearing time.

NOTICE is hereby given that pursuant to 11 USC 1329 the attached "Modification of Plan" dated 12/10/2013, will be approved by the Court as the Debtor(s) Modified Chapter 13 Plan Unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "Objection to Modification" shall be made in writing to the following: U.S. Bankruptcy Court, Clerks Office, 1205 TEXAS AVENUE, #306, LUBBOCK, TEXAS,

79401, with copies sent to Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola, Lubbock, TX, 79424 and Debtor(s) Attorney at the above address.

## CERTIFICATE OF SERVICE

   I certify that a true copy of the above and foregoing Notice of Hearing and Pre-Hearing Conference has been served by me on 12/10/2013, on all parties on the attached matrix, by ECF and/or United States First Class Mail, proper postage affixed.

                    /s/Monte J. White
                    Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 12-10047-rlj13<br>Northern District of Texas<br>Abilene<br>Tue Dec 10 11:07:56 CST 2013 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 |
| Applied Card Bank<br>Attention: General Inquiries<br>PO Box 17125<br>Wilmington, DE 19850-7125 | Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090-2036 | Asset Acceptance Llc<br>Attn: Bankruptcy<br>PO Box 2036<br>Warren, MI 48090-2036 |
| Calvary Portfolio Services<br>Attention: Bankruptcy Department<br>500 Summit Lake Dr.<br>Valhalla, NY 10595-1340 | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank -USA, N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Cheryl Louise Thayer<br>700 Foch<br>Ranger, TX 76470-2214 | Cheryl Louise Thayer<br>P.O. Box 32<br>Ranger, TX 76470-0032 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Citifinancial , Inc.<br>P.O. Box 222178<br>Charlotte, NC 28222-2178 | City Ntl Bk-Ocwen Loan Service<br>Attn: Bankruptcy<br>1661 Worthington Rd. Suite 100<br>West Palm Beach, FL 33409-6493 | Clinical Pathology Associates<br>CO West Central Texas Collection Bureau<br>PO Box 2586<br>Abilene, TX 79604-2586 |
| Cpu-citi - Conoco Phillips Union<br>Attn: Centralized Bankruptcy<br>PO Box 20363<br>Kansas City, MO 64195-0363 | Credit Collections I<br>2601 NW Expressway Suite 1000E<br>Oklahoma City, OK 73112-7238 | Eastland County Appraisal District<br>P.O. Box 914<br>Eastland, TX 76448-0914 |
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | Frontier Motor Co.<br>4601 N. First Street<br>Abilene, TX 79603-6540 | Frontier Motors<br>4609 N First<br>Abilene, TX 79603-6540 |
| GE Capital Retail Bank<br>CO Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Gemb-JC Penny<br>Attention: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | Gemb-chevron<br>Attention: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 |
| Hsbc<br>PO Box 35480<br>Newark, NJ 07193-5480 | Internal Revenue Service<br>1100 Commerce<br>MC 5029 DAL<br>Dallas, TX 75242-1100 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding LLC<br>CO Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lacks Furniture<br>1600 NE Loop 410 Suite 112<br>San Antonio, TX 78209-1612 |

| | | |
|---|---|---|
| Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | Midland Credit Mgmt In<br>8875 Aero Dr<br>San Diego, CA 92123-2255 | Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 |
| National Capital Management, LLC<br>agent for GE Capital Retail Bank<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741 | Nationstar Mortgage Ll<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville, TX 75067-4177 | Ocwen Loan Servcing, LLC<br>1661 Worthington Rd., Ste. 100<br>West Palm Beach, FL 33409-6493 |
| Ocwen Loan Servicing, L.L.C.<br>Attn: Bankruptcy Dept.<br>1661 Worthington Rd. Ste. 100<br>West Palm Beach, FL 33409-6493 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard-Charter<br>P.O. Box 2208<br>Vacaville, CA 95696-8208 |
| Quantum3 Group LLC as agent for<br>Second Round LP<br>PO Box 788<br>Kirkland, WA 98083-0788 | Radiology Associates - RMA<br>CO West Central Texas Collection Bureau<br>PO Box 2586<br>Abilene, TX 79604-2586 | Recovery Management Systems Corporation<br>25 SE 2nd Ave. Ste. 1120<br>Miami, FL 33131-1605 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Robert Blain Thayer<br>700 Foch<br>Ranger, TX 76470-2214 | Robert Blain Thayer<br>P.O. Box 32<br>Ranger, TX 76470-0032 |
| Second Round Lp<br>4150 Friedrich Lane Suit<br>Austin, TX 78744-1052 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target Credit Card -TC<br>CO Financial & Retail Services<br>Mailstop BT P.O. Box 9475<br>Minneapolis, MN 55440-9475 |
| The Bank of New York Mellon<br>CO Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409-6493 | Wctxcoll<br>Po Box 2586<br>Abilene, TX 79604-2586 | eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 |
| Cheryl Louise Thayer<br>P.O. Box 1325<br>Eastland, TX 76448-1325 | Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 | Robert Blain Thayer<br>P.O. Box 1325<br>Eastland, TX 76448-1325 |
| Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Citibank Usa Home Depo                Internal Revenue Service            Portfolio Recovery Associates, LLC
CITICORP CREDIT SERVICES-ATTN: CENTRALIZ   PO Box 21126                   CO Jc Penney
PO Box 20363                          Philadelphia, PA 19114              POB 41067
Kansas City, MO 64195                                                     Norfolk VA 23541


(d)Portfolio Recovery Associates, LLC
CO The Home Depot
POB 41067
Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Ocwen Loan Servicing, L.L.C.       End of Label Matrix
Attn: Bankruptcy Dept.                Mailable recipients    54
1661 Worthington Rd. Ste. 100         Bypassed recipients     1
West Palm Beach, FL 33409-6493        Total                  55
```